

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Brian Gage; Jason Cogburn;
Epic Energy Services, L.P.;
and Epic Holdings, LLC,

\* From the 385th District Court
  of Midland County,
  Trial Court No. CV54421.

Vs. No. 11-22-00072-CV

\* July 20, 2023

Bobby Simmons; Catherine Simmons;
Jody Finley, individually and d/b/a
J&W Services; and Orbit Plastic Pipe,
Inc. d/b/a Orbit Construction,

\* Memorandum Opinion by Trotter, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Brian Gage, Jason Cogburn, Epic Energy Services, L.P., and Epic Holdings, LLC.